UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
| | )
| AMELIA PEREZ, | )
|     Plaintiff, | )     Civil Action No. 07-30244-GAO
| v. | )
| KATHERINE PERCARIO, | )
|     Defendant/ | )
|     Third-Party Plaintiff, | )
| v. | )
| RAFEAL ZENO, | )
|     Third-Party Defendant/ | )
|     Fourth-Party Plaintiff, | )
| v. | )
| ELIZABETH BALLOU and MICHAEL | )
| GELLMAN, | )
|     Fourth-Party Defendants. | )
|_____|)

_____
| RAFAEL ZENO, SR., | )
|     Plaintiff/ Defendant in | )
|     Counterclaim/Third Party | )
|     Plaintiff, | )
| | )
| AWILDA ZENO, individually and as mother and | )
| next best friend of RAFAEL ZENO, JR. and | )     Civil Action No. 08-11891-GAO
| JONATHAN ZENO, | )
|     Plaintiffs, | )     CONSOLIDATED
| v. | )
| KATHERINE B. PERCARIO, | )
|     Defendant/ | )
|     Plaintiff in Counterclaim, | )
| | )
| v. | )
| ELIZABETH BALLOU and MICHAEL | )
| GELLMAN, | )
|     Third Party Defendants. | )
|_____|)

ORDER
June 10, 2010

O'TOOLE, D.J.

     Having reviewed the Petitions for Approval of Minor's Settlement related to the claims of minor plaintiffs J.Z. and R.Z. and the supporting affidavits from their mother, Awilda Zeno,

the plaintiffs' Motion for Leave for Approval of Minors' Settlement by Affidavit (dkt. no. 81) is GRANTED. The settlements (dkt. nos. 82, 83) are approved.

It is SO ORDERED.

                                                    /s/ George A. O'Toole, Jr.
                                            United States District Judge