UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMELIA PEREZ, | ) | |
|     Plaintiff, | ) | Civil Action No. 07-30244-GAO |
| v. | ) | |
| KATHERINE PERCARPIO, | ) | |
|     Defendant/ | ) | |
|     Third-Party Plaintiff, | ) | |
| v. | ) | |
| RAFEAL ZENO, | ) | |
|     Third-Party Defendant/ | ) | |
|     Fourth-Party Plaintiff, | ) | |
| v. | ) | |
| ELIZABETH BALLOU and MICHAEL GELLMAN, | ) | |
|     Fourth-Party Defendants. | ) | |

| | | |
|---|---|---|
| RAFAEL ZENO, SR., | ) | |
|     Plaintiff/Defendant in Counterclaim/Third-Party Plaintiff, | ) | |
| AWILDA ZENO, individually and as mother and next best friend of RAFAEL ZENO, JR. and JONATHAN ZENO, | ) | Civil Action No. 08-11891-GAO |
|     Plaintiffs, | ) | CONSOLIDATED |
| v. | ) | |
| KATHERINE B. PERCARPIO, | ) | |
|     Defendant/ | ) | |
|     Plaintiff-in-Counterclaim, | ) | |
| v. | ) | |
| ELIZABETH BALLOU and MICHAEL GELLMAN, | ) | |
|     Third-Party Defendants. | ) | |

ORDER
July 27, 2010

O'TOOLE, D.J.

This Order resolves two issues raised at the pre-trial conference:

Rafael Zeno, Sr. is entitled to a jury trial on Katherine Percarpio's contribution claim under Massachusetts General Laws chapter 231B. Under Massachusetts law, the right to a jury

trial on a statutory cause of action exists where the legislature confers such a right, <u>Nei v. Burley</u>, 446 N.E.2d 674, 677 (Mass. 1983), *or* where the statutory cause of action is analogous to an action at law, <u>see</u> <u>Dalis v. Buyer Adver., Inc.</u>, 636 N.E.2d 212, 214 (Mass. 1994). The contribution claim requires a determination of the extent to which Zeno's negligence contributed to Amelia Perez's injuries. <u>See</u> <u>Panagakos v. Walsh</u>, 749 N.E.2d 670, 672 (Mass. 2001) ("[T]he party seeking contribution must show that the potential contributor is directly liable to the tort plaintiff."). Because the underlying issue of negligence is legal in nature, a right to a jury trial exists on the contribution claim. <u>See also</u> <u>In re N-500L Cases</u>, 691 F.2d 15, 19-21 (1st Cir. 1982) (finding a right to a jury trial under Puerto Rico's contribution statute); <u>Daley v. E.I. Du Pont De Nemours & Co.</u>, No. 94-2849, 1994 WL 928187, at *1-2 (Mass. Super. Ct. May 2, 1994) (finding a right to a jury trial under Massachusetts's contribution statute).

    Zeno's contention that the release executed by Perez bars Percarpio's contribution claim under Massachusetts General Laws chapter 231B, § 4 lacks merit. <u>See</u> <u>Robertson v. McCarte</u>, 433 N.E.2d 1262, 1264-65 (Mass. App. Ct. 1982) (holding that Massachusetts General Laws chapter 231B, § 4 does not apply to situations where both tortfeasors are named in the release).

                                                       /s/ George A. O'Toole, Jr.
                                                     United States District Judge